# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| LEIGH A. ANDERSON, § § Plaintiff, § § v. § § COMMISSIONER, SOCIAL § SECURITY ADMINISTRATION, § § Defendant. § | CIVIL ACTION NO. 4:22-CV-00236-SDJ-AGD |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 14, 2023, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that the final decision of the Commissioner of the Social Security Administration be affirmed.

The Court has conducted a de novo review of the objections and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that the final decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

**So ORDERED and SIGNED this 15th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE